UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS MALDONADO-ORTEGA,
    a/k/a Esteban Jimenez,
    a/k/a Estevan Jiminez,
    a/k/a Basilio Vargas,
    a/k/a Estavan Jimenez-Jimenez,
    a/k/a Estaban Jimenez-Jimenez,
    a/k/a Basilio Vargas-Aguire,
    a/k/a Jesus Maldonado Ortego,
    a/k/a Jesus Maldonado,
    a/k/a Martin Silva Hernandez,
    a/k/a Jesus M. Ortega,
    a/k/a Jesus M. Ortego,
    a/k/a Jesus Baldonado,
    a/k/a Jesus Bandonado,
    a/k/a Jesus Maldonando-Orte,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Thursday, July 5, 2007,** and responses to these motions shall be filed by **Monday, July 16, 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final

trial preparation conference is set for **Thursday, July 19, 2007, at 10:00 a.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, July 30, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated:  June 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge